THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EC EDWARD COBB,<br><br>                    Plaintiff,<br><br>       v.<br><br>SOUTH CORRECTIONAL ENTITY, *et al.*,<br><br>                    Defendants. | CASE NO. C22-1688-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation, (Dkt. No. 11), of the Honorable S. Kate Vaughan, United States Magistrate Judge, the remaining record, and there being no timely objection, hereby finds and ORDERS:

(1)     The Court ADOPTS the report and recommendation (Dkt. No. 11);

(2)     This action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state any claim upon which relief may be granted. This dismissal shall count as a strike under 28 U.S.C. § 1915(g).

(3)     The Clerk is DIRECTED to send copies of this Order to Plaintiff and to Judge Vaughan.

//

DATED this 18th day of July 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE
ORDER ADOPTING REPORT AND RECOMMENDATION
C22-1688-JCC
PAGE - 2